**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**KDJ Properties, LLC,** **Bankr. No. 26-30893**

**Debtor.** **Chapter 11**

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

---

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Colin Kreuziger hereby appears in this case on behalf of Mary R. Jensen, Acting United States Trustee for Region 12, and requests, pursuant to Bankruptcy Rules 2002 and 3017(a), that notice of all matters arising in this case be duly served upon:

Colin Kreuziger
United States Department of Justice
Diana E. Murphy United States Courthouse
Suite 1015
300 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 334-1360
Email: Colin.Kreuziger@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, objections or reply, memoranda and briefs, and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax, email or otherwise.

Dated: October 20, 2026

MARY R. JENSEN
ACTING UNITED STATES TRUSTEE
REGION 12

s/ Colin Kreuziger

Colin Kreuziger, MN Attorney # 0386834
United States Department of Justice
Diana E. Murphy United States Courthouse
Suite 1015
300 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 334-1360
Email: Colin.Kreuziger@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**KDJ Properties, LLC,** **Bankr. No. 26-30893**

**Debtor.** **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Colin Kreuziger, an employee of the United States Department of Justice, hereby certifies that a true and correct copy of the Notice of Appearance of United States Trustee was electronically transmitted via CM/ECF.

Dated: October 20, 2026

s/ Colin Kreuziger
Colin Kreuziger