# United States Bankruptcy Court
## District of North Dakota

In re KDJ Properties, LLC
Debtor(s)

Case No. 26-30893
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

All Seasons
5101 South Washington St.
Grand Forks, ND 58201

Auto Owners
PO Box 740312
Cincinnati, OH 45274-0312

County of Grand Forks
PO Box 5638
Grand Forks, ND 58206-5638

First Western Bank & Trust
855 26th Ave E
West Fargo, ND 58078

Grand Forks Utility Billing
255 N 4th St
Grand Forks, ND 58203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lawn King
1601 Dyke Ave
Grand Forks, ND 58203

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477