United States Bankruptcy Court
District of North Dakota

In re:
KDJ Properties, LLC
Debtor

Case No. 26-30893-
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 1
Date Rcvd: Oct 30, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KDJ Properties, LLC, 645 Beacon Circle, Grand Forks, ND 58201-2905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Interested Party Khaled Rabadi mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Steven R Kinsella | on behalf of Debtor KDJ Properties LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re: KDJ Properties, LLC

Debtor(s)

Chapter 11

Bankruptcy No. 26-30893

## NOTICE OF INCOMPLETE FILING

The petition commencing this case was filed on October 16, 2026.
The following required documents have not been filed or were filed improperly:

| Not Filed | Document | Form # | Not Filed | Document | Form # |
|---|---|---|---|---|---|
| ✓ | Attachment to Voluntary Petition | 201A | ✓ | Summary of Your Assets and Liabilities for Non-Individuals | 206Sum |
| ✓ | Creditor Mailing Matrix/List | | ✓ | Schedules A/B and D-H *(all)* | |
| | Chapter 11 List of Creditors Holding the 20 Largest Unsecured Claims | 204 | | Schedule A/B | 206A/B |
| ✓ | Disclosure of Compensation of Attorney for Debtor | B2030 | | Schedule D | 206D |
| | | | | Schedule E/F | 206E/F |
| ✓ | Statement of Financial Affairs | 207 | | Schedule G | 206G |
| | Corporate Ownership Statement | *Local Form* | | Schedule H | 206H |
| | Other: | | ✓ | Declaration Under Penalty of Perjury for Non-Individual Debtors | 202 |

All documents identified in the table above must be filed by October 30, 2026.

**NOTICE:** Failure to file required documents by the deadline may result in dismissal of the case without further notice or hearing.

Dated: October 19, 2026.

**Sara E Diaz, Clerk**
U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North Suite 210
Fargo, ND 58102−4932

BY: /s/Hayley Delorme
Deputy Clerk