**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Kidney and Hypertension Center, PLC
d/b/a Grand Forks Clinic,
The Medical Group, LLC,
North Dakota Dialysis, LLC,
Aurora Dialysis, LLC,
Kidney Institute of North Dakota, LLC,
KDJ Investment Group, LLC, and
KDJ Properties, LLC,

Debtors.[1]

**Jointly Administered**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

**ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND CHECK STOCK AND CONTINUED USE OF CASH MANAGEMENT SYSTEM**

Debtors Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC filed a Motion for Order Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System. Doc. 11. Debtors served notice of the motion.

[1] In accordance with Fed. R. Bankr. P. 2002(o) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

On October 23, 2026, the Court held a preliminary hearing on the motion and entered relief on an interim basis. The Court received no objections to the motion during the notice period. Debtors filed a Second Supplemental Declaration of Dr. Khaled Rabadi, explaining that they recently closed the Choice Bank account ending in *3896 and Choice Bank converted the remaining five accounts to debtor in possession accounts. Upon review of the motion, Affidavit of Dr. Khaled Rabadi, the Declaration of Dr. Khaled Rabadi, and the Second Supplemental Declaration of Dr. Khaled Rabadi, the Court finds cause for granting Debtors the relief they seek.

**THEREFORE, IT IS ORDERED:**

1. The motion is granted.

2. Debtors are authorized to designate, maintain, and continue to use, with the same account number, the following bank account:

| Debtor | Bank | Account Type | Purpose | Account No. |
|---|---|---|---|---|
| **KDJ Properties, LLC** | United Valley Bank | Checking Account | Payments on Residence Property | *9433 |

3. Debtors are also authorized to continue to use the following DIP-designated bank accounts maintained by Choice Bank:

| Debtor | Bank | Account Type | Purpose | Account No. |
|---|---|---|---|---|
| **Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic** | Choice Bank | Operating Account | Everyday Transactions | *3794 |
| **The Medical Group, LLC** | Choice Bank | Checking Account | Self-Pay Services | *5900 |
| **North Dakota Dialysis, LLC** | Choice Bank | Checking Account | Private Loan Transactions | *0809 |

| | | | | |
|---|---|---|---|---|
| **Aurora Dialysis, LLC** | Choice Bank | Operating Account | Everyday Transactions | *3816 |
| **Kidney Institute of North Dakota, LLC** | Choice Bank | Operating Account | Everyday Transactions | *8056 |

(collectively, with the bank account maintained by United Valley Bank, the "Bank Accounts").

4. To create a clear delineation between checks issued prepetition and checks issued postpetition, Debtors agree to create a conspicuous gap in the numbering sequence. Debtors will also use a "Debtor in Possession" designation as necessary. Debtors are authorized to treat the Bank Accounts for all purposes as accounts of the Debtors as debtors in possession.

5. Choice Bank and United Valley Bank are authorized to continue to service and administer the Bank Accounts as an account of the Debtors as debtors in possession without interruption and in the usual and ordinary course. Choice Bank and United Valley Bank are authorized to service and administer the Bank Accounts in compliance with the requirements set forth in 11 U.S.C. § 345.

6. If Debtors' deposits at the Bank Accounts exceed the amount insured by the Federal Deposit Insurance Corporation (FDIC), Debtors will move balances to an institution that has agreed to secure the accounts as provided in 11 U.S.C. § 345(b).

7. Choice Bank and United Valley Bank are authorized to receive, process, honor, and pay any and all checks and drafts drawn on the Bank Accounts after the Petition Date by the holders or makers of the checks and drafts; provided, however, that Choice Bank and United Valley Bank may not honor and pay any check drawn or used

by Debtors before October 16, 2026, for which the Debtors have placed a stop payment in writing.

8. Choice Bank and United Valley Bank are further authorized to debit the Debtors' Bank Accounts in the ordinary course of business without need for further order of this Court for: (a) all checks, items, and other payment orders drawn on the Bank Accounts which are cashed at Choice Bank's or United Valley Bank's counters or exchanged for cashier's checks by the payees prior to Choice Bank's or United Valley Bank's receipt of notice of filing of the petition; (b) all checks, ACH entries, and other items deposited or credited to Debtors' Bank Accounts with Choice Bank and United Valley Bank prior to filing of the petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection with these transactions, to the same extent Debtors were responsible for such items prior to filing of the petition; and (c) all undisputed prepetition amounts outstanding as of the date of this Order, if any, owed to Choice Bank and United Valley Bank as service charges for the maintenance of the cash management system and Bank Accounts.

9. Choice Bank and United Valley Bank may rely on the representations of Debtors with respect to whether any check, item, or other payment order drawn or issued by Debtors prior to filing of the petition should be honored pursuant to this or any other order of this Court.

10. Debtors are authorized to close their additional bank accounts held with First Western State Bank and PNC Bank and transfer any funds held within those accounts to the Bank Accounts.

11. The hearing on the motion scheduled for November 5, 2026, is cancelled.

Dated: November 5, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT